UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB Services, Inc. as
agent for DSR/Stinnes West
Indies Services,
    Plaintiff,
    v.
LEP Profit International, Inc.,
    Defendant.

CASE NUMBER: 98-2095 (HL)

| MOTION |
|---|
| Date Filed: 10/29/99    Docket #12    [x] Plffs [] Defts<br>Title: **Motion for Withdrawal of Legal Representation**<br>Opp'n Filed:    Docket # |
| ORDER |
| Granted. All future notices shall be sent to<br>   Enrique Peral<br>   Munoz Boneta Gonzalez Arbona Benitez Peral<br>   P.O. Box 191979<br>   San Juan, PR 00919-1979 |

Date 11-04-99    HECTOR M. LAFFITTE
                        Chief U.S. District Judge

Rec'd:        EOD:

By:        #


